Timothy J. Eckstein, 018321
Joseph N. Roth, 025725
Sarah P. Lawson, 036436
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona  85012-2793
(602) 640-9000
teckstein@omlaw.com
jroth@omlaw.com
slawson@omlaw.com

Attorneys for James Larkin, Movant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| USA,<br>　　　　　　　Plaintiff,<br>vs.<br>Backpage.com, LLC, et al.,<br>　　　　　　　Defendants.<br>James Larkin,<br>　　　　　　　Movant. | No. 2:18-cr-00465-DJH<br><br>**NOTICE OF APPEARANCE** |

　　　Timothy J. Eckstein, Joseph N. Roth, and Sarah P. Lawson of the law firm of Osborn Maledon, P.A., hereby give notice of appearance on behalf of James Larkin. Attorneys Eckstein, Roth, and Lawson request that all pleadings, notices, orders, and other items of record be sent to the following:

> Timothy J. Eckstein (teckstein@omlaw.com)
> Joseph N. Roth (jroth@omlaw.com)
> Sarah P. Lawson (slawson@omlaw.com)
> OSBORN MALEDON, P.A.
> 2929 North Central Avenue, 20th Floor
> Phoenix, Arizona  85012-2793
> (602) 640-9000

1. DATED this 25th day of January, 2023.

2.                                          OSBORN MALEDON, P.A.

4.                                          By   /s/ Timothy J. Eckstein
                                                 Timothy J. Eckstein
5.                                               Joseph Roth
                                                 Sarah P. Lawson
6.                                               2929 North Central, 20th Floor
                                                 Phoenix, Arizona 85012-2794
7.                                               Attorneys for James Larkin