## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Ad Tech BV** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>**No. CR-18-00465-005-PHX-DJH**<br><br>David Botsford (Retained)<br>Attorney for Defendant |

**THE DEFENDANT ENTERED A PLEA OF** guilty on 4/5/2018 to Count 1 of the Information.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 18, U.S.C. §1956(h), Money Laundering Conspiracy, a Class C Felony offense, as charged in Count 1 of the Information.

**IT IS THE JUDGMENT OF THIS COURT THAT** an entry of guilt is made as to this organizational defendant.

**IT IS FURTHER ORDERED** that defendant's interest in the following property shall be forfeited to the United States: all interest in assets contained in the plea agreement which include financial accounts, domain names, and IOLTA accounts.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $400.00     **FINE:** WAIVED     **RESTITUTION:** N/A

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

The defendant shall pay a special assessment of $400.00 which shall be due immediately.

Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $400.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Count 1 of the Information.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, (10) costs, including cost of prosecution and court costs.

Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

CR-18-00465-005-PHX-DJH                                                          Page 2 of 2
USA vs. Ad Tech BV


**THE COURT FINDS** the organizational defendant has been sentenced in accordance with the terms of the plea agreement and waives its right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

Date of Imposition of Sentence:  **Tuesday, September 09, 2025**

Dated this 9th day of September, 2025.


_____
Honorable Diane J. Humetewa
United States District Judge


**RETURN**

I have executed this Judgment as follows: _____

                                                                                              , the institution
defendant delivered on _____ to _____ at _____

designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.


_____          By:    _____
United States Marshal                                                         Deputy Marshal


CR-18-00465-005-PHX-DJH- Ad Tech BV                9/9/2025 - 1:01 PM